1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 18-CR-00051-LJO

12                         Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         FINDINGS AND ORDER

14  FRANCISCO ROSAS,                       DATE: October 29, 2018
                                           TIME: 8:30 a.m.
15                         Defendant.      COURT: Hon. Lawrence J. O'Neill

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for change of plea on October 29, 2018.

21        2.      By this stipulation, defendant now moves to continue the October 29, 2018 change of

22  plea hearing to November 5, 2018, and to exclude time between October 29, 2018, and November 5,

23  2018, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26  includes substantial discovery including written reports, and video/pictures and other electronic

27  evidence. All of this discovery has been either produced directly to counsel and/or made

28  available for inspection and copying.

1         b)      Counsel for defendant desires to reschedule the change of plea to November 5,

2   2018 due to counsel availability.  He also seeks additional time to consult with his client, and

3   prepare himself and his client for the change of plea hearing.

4         c)      Counsel for defendant believes that failure to grant the above-requested

5   continuance would deny him/her the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence.

7         d)      The government does not object to the continuance.

8         e)      Based on the above-stated findings, the ends of justice served by continuing the

9   case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of October 29, 2018 to November 5,

13   2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 25, 2018                          McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ JEFFREY A. SPIVAK
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney


Dated:  October 25, 2018                          /s/ CHARLES MAGILL
                                                 CHARLES MAGILL
                                                 Counsel for Defendant
                                                 FRANCISCO ROSAS
                                                 (Approved by email 10/25/2018)



**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **October 25, 2018**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE